# EXHIBIT 1

Subject: 70B01C22F0000000952 El Paso Border Wall - Final Field QTY

Date: 3/16/2024 1:44 PM

From: "Ben Schoonover" ███████████@fisherind.com>

To: "Shrader, Julian" ███████████@lmi.org>

Cc: "PERALEZ, JOANNE" ███████████████@cbp.dhs.gov>, "PENA, CARLOS (CTR)" ███████████@associates.cbp.dhs.gov>, "Derek Schoonover" ███████████@fisherind.com>, "Derrick Christovale" ███████████@fisherind.com>, "Todd Mack" ██████@fisherind.com>

Julian,

Attached is the final field Qty spreadsheet. I'm billing to full contract value. It matches the total contract value after MODP0007.

Please review and approve if you agree.

Let me know if you have any questions.

  hanks,

Ben Schoonover
Chief Operating Officer ~ Fisher Sand & Gravel Co.



1302 W. Drivers Way
Tempe, AZ 85284
████████=Cell
480-598-4771=Office

# EXHIBIT



| | **Fisher Sand & Gravel Co.** |
| --- | --- |
| | Arizona Drilling & Blasting |
| | Fisher Grading & Excavation |
| | Fisher Ready Mix |
| | Southwest Asphalt |
| | Southwest Asphalt Paving |
| | **Fisher Sand & Gravel - New Mexico, Inc.** |
| | **General Steel and Supply Company** |

1302 W Drivers Way | Tempe, AZ 85284-1048
(877) 796-9238 | (480) 730-1033 | Fax: (480) 730-1264 | www.fisherind.com

September 11, 2025

Customs and Border Protection
6650 Telecom Drive, Suite 100
Indianapolis, IN 46078
Attn: John Callahan, Contracting Officer
Email: ███████████@cbp.dhs.gov

> Re:   Fisher Sand & Gravel Co. - Certified Claim for Payment of Invoice Under Contract No.
> HSBP1017D00019, Order No. 70B01C22F00000952, El Paso Sections 1, 2, & 3, sub-
> sectors 1, 11-1 & 6-6 Infrastructure Completion Design Build Construction Project

Dear Mr. Callahan:

On August 30, 2022, Customs and Border Protection ("CBP") issued to Fisher Sand & Gravel Co. ("Fisher") Contract No. HSBP1017D00019, Order No. 70B01C22F00000952 (the "Contract") to design and complete the infrastructure construction at El Paso Sections 1, 2, &3, sub-sectors 1, 11-1 & 6-6 Infrastructure Completion Design Build Construction Project. This was not new border wall construction, but instead related to the design and completion of ancillary items, such as road construction, work on the ground detection system, and erosion control measures. Fisher completed all work required under the Contract, but has not yet received payment of its final invoice in the amount of $6,336,592.22. Fisher hereby submits this certified claim requesting final payment in the amount of $6,336,592.22, plus Prompt Payment Act interest in accordance with 31 U.S.C. §§ 3901-3907 and Federal Acquisition Regulation ("FAR") clause 52.232-27, "Prompt Payment for Construction Contracts," which was incorporated by reference in the Contract.

**Factual Summary**

The Contract was issued as a firm-fixed price task order for a total fixed price of $94,000,000. At the time of award, the Contract was fully funded in the amount of $94,000,000. Modification P00003 issued on April 24, 2023, added work to the Contract, including a line item for El Paso Power and LGDS in the amount of $15,615,000 and El Paso Patrol and Maintenance Road in the amount of $7,610,600. This additional work increased the total fixed-price of the Contract to $117,225,600. This modification also extended the period of performance of the Contract by 120 days. Modification P0004 issued on June 14, 2023 added a line item for EPT Drainage Gates in the amount of $879,146. This modification also added Government Furnished Material which decreased CLIN 1001 from $94,000,000 to $93,501,040. The total revised fixed-price of the Contract was $117,605,786. Modification P00005 issued on August 15, 2023 included additional Government Furnished Material, resulting in a $292,220.50 reduction in the fixed-price of the Contract and a revised fixed-price of $117,313,565.50. This modification also extended the



**Fisher Sand & Gravel Co.**
Arizona Drilling & Blasting
Fisher Grading & Excavation
Fisher Ready Mix
Southwest Asphalt
Southwest Asphalt Paving
**Fisher Sand & Gravel - New Mexico, Inc.**
**General Steel and Supply Company**

1302 W Drivers Way  |  Tempe, AZ  85284-1048
(877) 796-9238  |  (480) 730-1033  |  Fax: (480) 730-1264  |  www.fisherind.com

period of performance to March 15, 2024. Modification P00006 issued on October 12, 2023 further revised the scope of work, resulting in a $211,286 reduction in the fixed-price of the Contract and a revised fixed-price of $117,102,279.50. Modification P00007 issued on March 1, 2024 descoped some work and added various costs for an overall $732,201.50 reduction in the fixed-price of the Contract and a revised fixed-price of $116,379,078. This modification also extended the period of performance to March 29, 2024.

On March 12, 2024, Fisher received from CBP a final acceptance checklist and punch list results, which indicated that Fisher completed all work required under the Contract and all identified punch list items. **Exhibit A.**

On March 15, 2024, Fisher received a notification from you, directing Fisher to immediately suspend all work associated with the Contract under FAR 52.242-14, "Suspension of Work" (the "Suspension Notice"). **Exhibit B**. This notice indicated that the "suspension is a result of the March 8, 2024, preliminary injunction issued by the United States District Court for the Southern District in Texas in *The General Land Office of the State of Texas, et al. v. Joseph R. Biden, et al.*, 7:21-CV-00272 (the "Preliminary Injunction"). *Id.* The Suspension Notice directed Fisher to suspend all work, including invoicing, and restricted Fisher from incurring additional costs against the contract.

On September 17, 2024, Fisher received from you, and acknowledged receipt of, a notice terminating for convenience the Contract under FAR 52.249-2, Alt. I, "Termination for Convenience of the Government" (the "Termination Notice"). **Exhibit C**. In the notice, CBP indicated that it was terminating the contract for convenience to comply with the U.S. District Court for the Southern District of Texas' order in Texas in *The General Land Office of the State of Texas, et al. v. Joseph R. Biden, et al.*, 7:21-CV-00272 (S.D. TX, March 8, 2024).

At the time Fisher received the Suspension Notice, Fisher had already completed its performance of the Contract and was in the process of preparing its final invoice. The Suspension Notice suspended all work under the Contract, including invoicing, and after receiving the Suspension Notice, CBP informed Fisher that invoices could not be processed for payment given the Preliminary Injunction. **Exhibit D**. Given the Suspension Notice directed Fisher to suspend invoicing and CBP's direction that invoices would not be processed, Fisher was unable to submit its final invoice to CBP for payment.

Attached as **Exhibit E** is Fisher's final invoice under the Contract reflecting total payments received under the Contract in  the amount of $110,042,481.78 and the total outstanding amount for final payment for work completed prior to the issuance of the Suspension Notice in the amount of $6,336,592.22.

Fisher requests that you review and approve for payment the invoice attached as **Exhibit E** for the outstanding Contract amounts due and owing to Fisher for Fisher's undisputed completion of all work



**Fisher Sand & Gravel Co.**
Arizona Drilling & Blasting
Fisher Grading & Excavation
Fisher Ready Mix
Southwest Asphalt
Southwest Asphalt Paving
**Fisher Sand & Gravel - New Mexico, Inc.**
**General Steel and Supply Company**

1302 W Drivers Way  |  Tempe, AZ  85284-1048
(877) 796-9238  |  (480) 730-1033  |  Fax: (480) 730-1264  |  www.fisherind.com

required under the Contract prior to CBP's issuance of the Suspension Notice. Fisher also requests payment of Prompt Payment Act interest that has accrued.

Fisher also notes that the Suspension Notice and Termination Notice were improperly issued under the Contract since Fisher had completed, and CBP accepted, all work required under the Contract prior to CBP's issuance of the Suspension Notice. As a result, the only action remaining under the Contract was for Fisher to submit its final invoice to CBP and for CBP to pay such final invoice. Given there was no work remaining for CBP to suspend or terminate under the Contract, the Suspension Notice and Termination Notice were improper.  As a result, Fisher does not believe a termination settlement claim is required under the Contract. To the extent a termination settlement claim is required, this request for payment of Fisher's final invoice, plus Prompt Payment Act interest, shall serve as Fisher's timely submission of its termination settlement claim.

Fisher hereby asserts its entitlement to the sum of $6,336,592.22 and Prompt Payment Act interest as a matter of right as described herein and demands a final decision from the Contracting Officer.

**Claim Certification**

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which Fisher Sand & Gravel Co. believes the CBP is liable; and that I am authorized to certify the claim on behalf of Fisher Sand & Gravel Co.

If you have any questions or want to discuss this matter further, please contact me at (480) 730-1033 or ██████@fisherind.com.

Regards,

██████████

Tommy Fisher
President
*Fisher Sand & Gravel Co.*

# EXHIBIT

**Jordan Selinger**

| | |
|---|---|
| **From:** | CALLAHAN, JOHN P <███████████@CBP.DHS.GOV> |
| **Sent:** | Sunday, December 7, 2025 11:17 AM |
| **To:** | Todd Mack |
| **Cc:** | Jordan Selinger; Toomey, Erin L.; Ben Schoonover; Tommy Fisher; CALLAHAN, JOHN P |
| **Subject:** | RE: RE: 70B01C22F00000952 Certified Claim Denied |
| **Attachments:** | 70B01C22F00000952_Fisher_Certified Claim for Payment_091125_Final.pdf |

**WARNING:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CBP is in receipt of your letter dated [September 11, 2025], seeking payment of [Fishers Sand and Gravel] outstanding invoice for work performed prior to the suspension notification issued on [March 15, 2024]. You have submitted your claim under the Contract Disputes Act (CDA), 41 U.S.C. § 7101, et. seq., and have sought the Contracting Officer's final decision. In light of the court's injunction in *The General Land Office of the State of Texas, et al., v. Joseph R. Biden, et. al.,* 7:21-CV-00272 (S.D. TX, March 8, 2024) discussed in the Notice of Termination CBP sent you previously, CBP denies your claim. This response constitutes the Contracting Officer's final decision of your claim.

You may appeal this decision to the Civilian Board of Contract Appeals (CBCA). If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date
you receive this decision. See 41 U.S.C. § 7104, 7105; FAR 33.211; and FAR clause 52.233-1.

Thank you,
John P. Callahan
Contracting Officer
CBP-AFCD Central Procurement
████████████

Thank you,
John P. Callahan
Contracting Officer
CBP-AFCD Central Procurement
████████████

**From:** Todd Mack <██████@fisherind.com>
**Sent:** Wednesday, November 12, 2025 4:30 PM
**To:** CALLAHAN, JOHN P <███████████@CBP.DHS.GOV>
**Cc:** Jordan Selinger <██████@fisherind.com>; Toomey, Erin L. <███████@foley.com>; Ben Schoonover

1

<█████████@fisherind.com>; Tommy Fisher <████████@fisherind.com>>;
**Subject:** FW: RE: 70B01C22F00000952 Certified Claim for Payment

Mr. Callahan,

It has been 60 days since we sent you our Certified Claim for Payment on project 70B01C22F0000095. When do you expect to issue a final decision on our certified claim?

Thank you for your attention to this matter.



**Todd Mack**
**Chief Business Officer**

**Fisher Sand & Gravel Co.**
1302 W. Drivers Way – Tempe, AZ  85284

Office:         (480) 730-1033
Fax:            (480) 730-1264
████████████████████
E-Mail:         ██████@fisherind.com
Web Site:       www.fisherind.com

Confidentiality Statement: This message may contain confidential information and is intended only for the use of the individual or entity to which it is addressed.  If you have received this message in error, please notify the sender immediately and delete this message.  Retention, dissemination, distribution or copying of this message, or any attachments to this message, by anyone other than the intended recipient is strictly prohibited

*****For eMail Containing CUI or FCI*****
please send to tmack@secure-fisherind.com

**From:** CALLAHAN, JOHN P <████████████@CBP.DHS.GOV>
**Sent:** Thursday, September 11, 2025 4:04 PM
**To:** Todd Mack <██████@fisherind.com>
**Cc:** Jordan Selinger <████████@fisherind.com>; ████████@foley.com; Ben Schoonover <████████@fisherind.com>; Tommy Fisher <████████@fisherind.com>
**Subject:** RE: 70B01C22F00000952 Certified Claim for Payment

received

Thank you,
John P. Callahan
Contracting Officer
CBP-AFCD Central Procurement
████████████

**From:** Todd Mack <██████@fisherind.com>
**Sent:** Thursday, September 11, 2025 1:31 PM
**To:** CALLAHAN, JOHN P <████████████@CBP.DHS.GOV>

2

Cc: Jordan Selinger <███████@fisherind.com>; Toomey, Erin L. <███████@foley.com>; Ben Schoonover <███████@fisherind.com>; Tommy Fisher <███████@fisherind.com>
Subject: 70B01C22F00000952 Certified Claim for Payment

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option. If on a mobile device, please "Forward as Attachment" to CBPSOC@cbp.dhs.gov

Mr. Callahan,

Please find attached Fisher's Certified Claim for Payment, together with supporting exhibits, for Project 70B01C22F00000952. We appreciate your prompt attention to this matter and kindly request confirmation of receipt at your earliest convenience.

Thank you,



**Todd Mack**
**Chief Business Officer**

**Fisher Sand & Gravel Co.**
1302 W. Drivers Way – Tempe, AZ  85284

| | |
|---|---|
| Office: | (480) 730-1033 |
| Fax: | (480) 730-1264 |
| Cell: | |
| E-Mail: | ███████@fisherind.com |
| Web Site: | www.fisherind.com |

Confidentiality Statement: This message may contain confidential information and is intended only for the use of the individual or entity to which it is addressed.  If you have received this message in error, please notify the sender immediately and delete this message.  Retention, dissemination, distribution or copying of this message, or any attachments to this message, by anyone other than the intended recipient is strictly prohibited

*****For eMail Containing CUI or FCI*****
please send to tmack@secure-fisherind.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.