## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FISHER SAND & GRAVEL CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 26-112C |
| v. ) | |
| ) | (Judge Hadji) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **JOINT MOTION TO STAY PROCEEDINGS**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims (RCFC), the parties hereby jointly request a stay of all proceedings in this matter for 60 days, to and including May 1, 2026.

The parties have entered settlement discussions to resolve this matter without further litigation. After conferring, the parties agree that a stay of proceedings would be the most efficient way forward, as it would permit them to focus their efforts on settlement. The parties accordingly propose to stay all proceedings and deadlines for 60 days, to and including May 1, 2026. The parties further propose that, at the conclusion of the stay, they be given an opportunity to file a joint status report to inform the Court about the status of settlement discussions. If staying the case for an additional period is necessary at that time to finalize settlement, the parties will so inform the Court in their joint status report.

## **CONCLUSION**

For these reasons, the parties respectfully request that the Court stay this matter for 60 days, to and including May 1, 2026.

Respectfully submitted,

| | |
|---|---|
| /s/ Frank S. Murray | BRETT A. SHUMATE |
| Frank S. Murray | Assistant Attorney General |
| FOLEY & LARDNER LLP | |
| 3000 K Street, N.W., Suite 600 | PATRICIA M. McCARTHY |
| Washington D.C. 20007 | Director |
| Telephone: 202.295.4163 | |
| Email: fmurray@foley.com | /s/ Elizabeth M. Hosford |
| | ELIZABETH M. HOSFORD |
| Of Counsel: | Assistant Director |
| Erin L. Toomey | |
| FOLEY & LARDNER LLP | /s/ Borislav Kushnir |
| 500 Woodward Avenue, Suite 2700 | BORISLAV KUSHNIR |
| Detroit, MI 48226 | Senior Trial Counsel |
| | Commercial Litigation Branch |
| Attorneys for Fisher Sand & Gravel Co. | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone: (202) 532-5513 |
| | Email: Steven.Kushnir@usdoj.gov |
| March 2, 2026 | Attorneys for Defendant |