# In the United States Court of Federal Claims

|  |  |
|---|---|
| FISHER SAND & GRAVEL CO., | |
| *Plaintiff,* | |
| v. | No. 26-112<br>(Filed: May 1, 2026) |
| THE UNITED STATES, | |
| *Defendant.* | |

## ORDER

On April 30, 2026, the parties filed a joint status report (ECF 8), updating the Court on the status of their settlement discussions. The parties represent that settlement efforts are progressing, and Government counsel is now in the process of obtaining the necessary approvals. ECF 8 at 1. The parties propose that the case remain stayed and that they file another joint status report in 60 days. For good cause shown, this action remains stayed through **June 29, 2026**, at which time the parties shall **FILE** a joint status report regarding the status of settlement discussions and proposing further proceedings.

**IT IS SO ORDERED.**

/s/ Philip S. Hadji
Philip S. Hadji
Judge